**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Richard L. Weber Sr. <br>     aka Dick Weber, <br> dba Weber State Farm Insurance <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 16-12818 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3, U.S. Bank National Association, as Trustee and index same on the master mailing list.

Respectfully submitted,

**/s/ Matteo S. Weiner**
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734