IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION

RE: RICHARD L WEBER

Bankruptcy Number: 16-12818-AMC

Chapter: 13

Debtor

## REQUEST FOR NOTICES

### TO THE CLERK OF THE U. S. BANKRUPTCY COURT

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Amy Weikel, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 11/20/2017

By: _____/S/   Amy Weikel_____
Amy Weikel
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 702
Harrisburg, PA 17121
Telephone: (717) 787-7627
Fax: (717) 787-7671
Email: ra-li-beto-bankreading@state.pa.us

UC-666 09-10 (page 1)